IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PALMER HEENAN, et al.,<br><br>  *Plaintiffs*,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>  *Defendants*. | Case No.: 1:25-cv-03343 |

**NOTICE OF SERVICE ON ALL DEFENDANTS**

Plaintiffs hereby notify the Court that the Complaint and Summons in this case have been served on all Defendants. Undersigned counsel for Plaintiffs effected service on Defendants as follows:

  1.  On September 23, 2025, counsel received Court-issued summons for: U.S. Department of Housing and Urban Development; Scott Turner, in his official capacity as Secretary of Housing and Urban Development; Attorney General of the United States; and U.S. Attorney for the District of Columbia.

  2.  On September 23, 2025, pursuant to the rules for email service outlined on the website for the U.S. Attorney's Office for the District of Columbia, undersigned counsel sent email service for the U.S. Attorney's Office to USADC.ServiceCivil@usdoj.gov. The U.S. Attorney's Office accepted service and acknowledged that service was effected on September 23, 2025. Attached as Exhibit 1 is the email confirmation from the U.S. Attorney's Office.

  3.  On September 26, 2025, undersigned counsel mailed a copy of the summons and complaint in this case via United States Postal Service certified mail to: U.S. Department of

Housing and Urban Development; Scott Turner; and Attorney General of the United States. Tracking information reflects that these packages were delivered on the dates noted in the chart below. Attached as Exhibit 2 is a copy of the United States Postal Service delivery confirmation details for each package.

| Party Name and Address | Tracking Number | Delivery Date |
|---|---|---|
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br>451 Seventh Street, S.W.<br>Washington, DC 20410 | 9589 0710 5270 2934 5354 02 | Oct. 2, 2025 |
| SCOTT TURNER<br>U.S. Department of Housing and Urban Development<br>451 Seventh Street, S.W.<br>Washington, DC 20410 | 9589 0710 5270 2934 5397 21 | Oct. 1, 2025 |
| ATTORNEY GENERAL OF THE UNITED STATES, DOJ<br>950 Pennsylvania Ave NW<br>Washington, DC 10530-0001 | 9589 0710 5270 2934 5397 14 | Oct. 2, 2025 |

4. Accordingly, service has been effected on all Defendants in this matter as of the dates noted above.

Dated: November 13, 2025          Respectfully submitted,

                                               */s/ Jessica Merry Samuels*

Jessica Merry Samuels (DC Bar No. 1552258)
Clayton L. Bailey (DC Bar No. 1644867)
**Civil Service Law Center LLP**
1325 G Street NW, Suite 500, PMB 801
Washington, DC 20005
(202) 571-7840
jsamuels@civilservicellp.com