# Exhibit 1

# Jessica Samuels

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Saturday, September 27, 2025 5:19 PM |
| **To:** | Jessica Samuels |
| **Subject:** | RE: Heenan v. HUD, 25-3343 |

Your service package has been received and accepted with a service date of September 23, 2025.  Thank you.

---

**From:** Jessica Samuels <jsamuels@civilservicellp.com>
**Sent:** Tuesday, September 23, 2025 1:55 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Clayton Bailey <cbailey@civilservicellp.com>; Information <info@civilservicellp.com>
**Subject:** [EXTERNAL] Heenan v. HUD, 25-3343

To Whom It May Concern,

Please find enclosed email service in Heenan v. HUD, Case No. 1:25-cv-03343, filed September 22, 2025, in the U.S. District Court for the District of Columbia.  The attached PDF includes the Court-issued Summons, Complaint, Civil Cover Sheet, and Notice & Consent Form.

Please acknowledge receipt at your earliest convenience.

Thank you,
Jessica


**Jessica Merry Samuels**
Civil Service Law Center LLP
civilservicellp.com

*This message is from a law firm and may contain information that is confidential and/or legally privileged. If you are not the intended recipient, please immediately notify the sender by reply email and delete this message and any attachments from your system. Thank you for your understanding and cooperation.*