# Exhibit 2

ALERT: IMPACTS OF HEAVY RAIN AND FLOODING IN THE SOUTHWEST, EASTERN COAST OF THE U.S. AND THE CARIBB…

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9589071052702934539721

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:12 am on October 1, 2025 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20410
October 1, 2025, 11:12 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
October 1, 2025, 7:30 am

● **In Transit to Next Facility**
September 30, 2025

● **Arrived at USPS Regional Origin Facility**
MERRIFIELD VA DISTRIBUTION CENTER
September 26, 2025, 8:36 pm

● **Departed Post Office**
ALEXANDRIA, VA 22302
September 26, 2025, 5:20 pm

● **USPS in possession of item**
ALEXANDRIA, VA 22302
September 26, 2025, 2:21 pm

● Hide Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information    ⌄

See Less ⌃

Remove ✕

**Tracking Number:**

## 9589071052702934535402

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 8:43 am on October 2, 2025 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20410
October 2, 2025, 8:43 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
October 2, 2025, 6:31 am

● **In Transit to Next Facility**
September 30, 2025

● **Arrived at USPS Regional Origin Facility**
MERRIFIELD VA DISTRIBUTION CENTER
September 26, 2025, 8:36 pm

● **Departed Post Office**
ALEXANDRIA, VA 22302
September 26, 2025, 5:20 pm

● **USPS in possession of item**
ALEXANDRIA, VA 22302
September 26, 2025, 2:23 pm

● Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Remove ✕

**Tracking Number:**

## 9589071052702934539714

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 8:43 am on October 2, 2025 in WASHINGTON, DC 20410.

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20410
October 2, 2025, 8:43 am

● **Arrived at Post Office**

Get More Out of USPS Tracking:

USPS Tracking Plus®

WASHINGTON, DC 20018
October 2, 2025, 6:31 am

**In Transit to Next Facility**
September 30, 2025

**Arrived at USPS Regional Origin Facility**
MERRIFIELD VA DISTRIBUTION CENTER
September 26, 2025, 8:36 pm

**Departed Post Office**
ALEXANDRIA, VA 22302
September 26, 2025, 5:20 pm

**USPS in possession of item**
ALEXANDRIA, VA 22302
September 26, 2025, 2:23 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

See More

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs