IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PALMER HEENAN, et al., *Plaintiffs*, vs. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., *Defendants*. | Case No.: 1:25-cv-03343 |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs respectfully oppose Defendants' Motion for Enlargement of Time (ECF No. 5). As Defendants have recounted, Plaintiffs filed this suit on September 22, 2025, and Defendants were served the next day—over a week before the lapse in federal appropriations began. *See* ECF Nos. 1, 4. Defendants' responsive pleading deadline was originally November 22, 2025, but that deadline was extended to December 9 pursuant to Standing Order No. 25-59, once the lapse in appropriations ended on November 12. Now, having already received 17 additional days, Defendants request another *two months* to prepare their response.

That request should be denied, or in the alternative, granted only up to two additional weeks. As an initial matter, Defendants' request would more than double the default 60-day response period prescribed by Federal Rule of Civil Procedure 12. Defendants' request is also excessive in the circumstances of this case, as a deadline of February 10, 2026, would give Defendants a total of 140 days—nearly five months—to respond to the complaint. Plaintiffs filed this action more than two months ago and are at this time prepared to litigate their claims

1

expeditiously instead of moving for a preliminary injunction. Defendants' request to make Plaintiffs wait even longer than they already have should be denied.

To the extent the reasons outlined in Defendants' motion represent good cause for a shorter extension, Plaintiffs submit that two weeks is a sufficient amount of time. This case is not a class action, Plaintiffs assert only two claims under one substantive law (the Fair Housing Act), and their claims are based on past conduct by agency officials that is known or knowable to Defendants.[1]

For these reasons, Plaintiffs request that Defendants' motion be denied, or in the alternative, that Defendants' response deadline be extended by no more than two weeks.

Dated: December 4, 2025                              Respectfully submitted,

                                                */s/ Jessica Merry Samuels*

Jessica Merry Samuels (DC Bar No. 1552258)
Clayton L. Bailey (DC Bar No. 1644867)
**Civil Service Law Center LLP**
1325 G Street NW, Suite 500, PMB 801
Washington, DC 20005
(202) 571-7840
jsamuels@civilservicellp.com

---

[1] This case is brought on behalf of five individual Plaintiffs, not seven, as Defendants claim in their motion. ECF No. 5 at 1. And Defendant Scott Turner is the Secretary of Housing and Urban Development, not Director of the Federal Bureau of Prisons. *Id.*