# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PALMER HEENAN, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>*Defendants*. | Case No.: 1:25-cv-03343 |

**[PROPOSED]**
**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby ORDERED that the Motion is DENIED.

IT IS SO ORDERED.


Dated: _____        _____
                                                                                                HON. RUDOLPH CONTRERAS
                                                                                                United States District Judge