AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Palmer Heenan, et al. ) <br> *Plaintiff* ) <br> v. ) <br> U.S. Dep't of Housing and Urban Development, et al. ) <br> *Defendant* ) | Case No.  1:25-cv-03343 |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                              .

Date:   02/03/2026

*Attorney's signature*

Margaret (Emmy) Wydman, DC Bar No. 9007646
*Printed name and bar number*

Civil Service Law Center LLP
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004

*Address*

ewydman@civilservicellp.com
*E-mail address*

(202) 571-7840
*Telephone number*

(202) 449-7701
*FAX number*