UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PALMER HEENAN, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et. al.,<br><br>Defendants. | Civil Action No. 25-3343 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to dismiss, any opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that this action is DISMISSED.

SO ORDERED:

__________________
Date

____________________________________
RUDOLPH CONTRERAS
United States District Judge