IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PALMER HEENAN, PAUL OSADEBE, JULIA DYKSTRA, ASHLEY VAZQUEZ, and HANNAH GORDON,<br><br>*Plaintiffs*,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>*Defendants*. | Case No.: 1:25-cv-03343 |

**[PROPOSED ORDER]**

Upon consideration of Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Dkt. No. 10), it is hereby ORDERED that the Motion is DENIED.

SO ORDERED.


Date: _____    _____

HON. RUDOLPH CONTRERAS
United States District Judge