**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PALMER HEENAN, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.: 25-3343 (RC) |
| | : | |
| v. | : | Re Document No.: 10 |
| | : | |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**GRANTING DEFENDANTS' MOTION TO DISMISS**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' Motion to Dismiss the Complaint (ECF No. 10) is **GRANTED**. It is hereby:

**ORDERED** that the Complaint is dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

**SO ORDERED**.

Dated: September 28, 2026

RUDOLPH CONTRERAS
United States District Judge