**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PALMER HEENAN, PAUL OSADEBE, JULIA DYKSTRA, ASHLEY VAZQUEZ, and IRIS MAUTE-GIBSON,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,

*Defendants*.

Case No.: 1:25-cv-03343-RC

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File First Amended Complaint (Dkt. No. __), it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED.

Date: ____________________

________________________________

HON. RUDOLPH CONTRERAS
United States District Judge