UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PALMER HEENAN, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et. al.,<br><br>Defendants. | Civil Action No. 25-3343 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Leave to file a Second Amended Complaint (ECF No. 18), and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

SO ORDERED:

__________________
Date

____________________________________
RUDOLPH CONTRERAS
United States District Judge