**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PALMER HEENAN, PAUL OSADEBE, JULIA DYKSTRA, ASHLEY VAZQUEZ, and IRIS MAUTE-GIBSON,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,

*Defendants*.

Case No.: 1:25-cv-03343-RC

**PLAINTIFFS' MOTION FOR RULE 60(b) RELIEF FROM THE COURT'S SEPTEMBER 28, 2025 DISMISSAL ORDER**

Pursuant to Federal Rule of Civil Procedure 60(b)(1), Plaintiffs respectfully move the Court for relief from the Court's September 28, 2025, dismissal order (Dkt. No. 16). Plaintiffs interpreted this order as dismissing their complaint without prejudice. Accordingly, on October 30, 2026, Plaintiffs sought leave to amend their complaint with newly discovered evidence that seeks to cure what the Court identified as factual deficiencies in their first complaint. *See* Dkt. No. 18; *see* Am. Compl., Dkt. No. 18-1. In opposition to that motion, Defendants assert that Plaintiffs' attempt to amend is "improper and untimely," as, in their view, the Court's dismissal order dismissed Plaintiffs' entire case with prejudice. Dkt. 20 at 2–5. For the reasons set forth in their reply, which also includes points and authorities in support of this motion, *see* Dkt. No. 21, Plaintiffs disagree. Nonetheless, to the extent Plaintiffs read the Court's order incorrectly, Plaintiffs are contemporaneously seeking relief under Rule 60(b)(1). Defendants oppose this motion. In support of their motion, Plaintiffs submit the attached memorandum of points and authorities and a proposed order.

Dated: November 19, 2026

Respectfully submitted,

*/s/ Clayton L. Bailey*

Clayton L. Bailey (DC Bar No. 1644867)
Margaret (Emmy) Wydman (DC Bar No. 90007646)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 571-7840
cbailey@civilservicellp.com

*Counsel for Plaintiffs*