**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PALMER HEENAN, PAUL OSADEBE, JULIA DYKSTRA, ASHLEY VAZQUEZ, and IRIS MAUTE-GIBSON,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,

*Defendants*.

Case No.: 1:25-cv-03343-RC

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for relief from the Court's September 28, 2025, dismissal order (Dkt. No. __), it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED.

Date: ___________________ _______________________________

HON. RUDOLPH CONTRERAS
United States District Judge